HARRISON B. McGRAW, as Assignee, etc., of GEORGE H. WORTHINGTON, Respondent, v. FRANK A. HALLADAY, as Executor, etc., of ALICE F. HALLADAY, Deceased, Appellant.— Judgment affirmed, with costs. Findings of fact Nos. 32 and 33 disapproved and reversed, and new findings made in lieu thereof. All

concur, except Hubbs and Clark, JJ., who dissent and vote for affirmance without modification of findings.